# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Miguel Angel ECHEVERRIA-SANCHEZ,**<br><br>Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, et al,<br><br>Respondents. | **Case No. 1:26-cv-00044**<br><br>Hon. Paul L. Maloney<br>U.S. District Judge<br><br>Hon. Phillip J. Green<br>U.S. Magistrate Judge<br><br>DETAINED – Detroit Field Office<br>Agency Case No. A-098-224-702 |

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

    IT IS ORDERED.


Dated: January 26, 2026        /s/ Paul L. Maloney
                                                   HON. PAUL L. MALONEY
                                                   United States District Judge

**Stipulated and Agreed to By:**

Palmer Rey PLLC

Timothy VerHey
United States Attorney


*/s/ Glenn Eric Sproull*
Glenn Eric Sproull (IL 6276310)
29566 Northwestern Hwy
Suite 200
Southfield, Michigan 48034
(248) 522-9500
eric@palmerrey.com

*Attorneys for Petitioner*

Dated: January 23, 2026

*/s/ Alise Hildreth-Joling*
ALISE HILDRETH-JOLING (P84862)
Assistant United States Attorney
Post Office Box 208
Grand Rapids, Michigan 49501
(616) 456-2404
Alise.Hildreth-Joling@usdoj.gov

*Attorney for Federal Respondents*

Dated: January 23, 2026